**No. 11-5058. Leroy P. Mitchell, Petitioner v. The Dallas Housing Authority.**

565 U.S. 1186, 132 S. Ct. 1163, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 995.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1062, 132 S. Ct. 757, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8648.